AO 247 (Rev. 11/11)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)          Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Mississippi

FILED
SOUTHERN DISTRICT OF MISSISSIPPI
APR 18 2016
ARTHUR JOHNSTON
BY _____ DEPUTY

|  |  |
|---|---|
| United States of America<br>v.<br>ALFRED ALLEN HUGGINS | )<br>)<br>)<br>) |

Date of Original Judgment:  03/11/2005
Date of Previous Amended Judgment: _____
*(Use Date of Last Amended Judgment if Any)*

Case No:  1:04cr94LG-005

USM No:  08077-043

Mike Scott
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☑ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐DENIED.   ☑GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of   292   months **is reduced to**  235 months   .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated   03/11/2005   shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  4/18/2016

_____
*Judge's signature*

Effective Date: _____
*(if different from order date)*

The Honorable Louis Guirola, Chief U.S. District Judge
*Printed name and title*